**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANDREW TORO, on behalf of himself and all others similarly situated,<br><br>　　　　　　　Plaintiffs,<br>-against-<br><br>THE WHITNEY CONNECTION,<br><br>　　　　　　　Defendant. | Case No. 1:24-cv-01400<br><br>**<u>NOTICE OF VOLUNTARY</u>**<br>**<u>DISMISSAL</u>**<br>**<u>WITH PREJUDICE</u>** |

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant THE WHITNEY CONNECTION shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice, without costs, or disbursements, or attorneys' fees to any party.

Dated:　Hicksville, New York
　　　　June 5, 2024

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　<u>/s/ *Mars Khaimov*</u>

　　　　　　　　　　　　　　　　　　　　Mars Khaimov, Esq.
　　　　　　　　　　　　　　　　　　　　Mars Khaimov Law, PLLC
　　　　　　　　　　　　　　　　　　　　100 Duffy Ave., Suite 510
　　　　　　　　　　　　　　　　　　　　Hicksville, NY 11801
　　　　　　　　　　　　　　　　　　　　mars@khaimovlaw.com